Michael E. Piston
Attorney for the Plaintiffs
314 Town Center Dr.
Troy, MI 48084
646-876-3772
Fx: 206-770-6350

### UNITED STATES DISTRCT COURT FOR ARIZONA

| | |
|---|---|
| Srinvas Kompella and Lakshmi Soudhas Kompella<br><br>Plaintiffs<br><br>-against-<br><br>United States Citizenship and Immigration Services | Case No. 2:23-cv-02640-ASB<br><br>MOTION TO SEAL DOCUMENTS AND MEMORANDUM IN SUPPORT |

The plaintiff moves the Court to seal ECF Docs. Nos. 1-1 through 1-5 because they contain information which should have been redacted pursuant to Fed. R. Civ. P. 5.2, but inadvertently were not. Copies of the redacted documents are filed herewith as exhibits to this motion.

Respectfully Submitted this  10th day of January, 2024

s/ Michael E. Piston
Michael E. Piston  (Admitted Pro Hac Vice).
Piston & Carpenter P.C.
Attorneys for the Plaintiffs
314 Town Center Dr.
Troy, MI 48084
646-876-3772
Fx: 206-770-6350

MEMORANDUM IN SUPPORT OF MOTION TO SEAL

FRCP 5.2(a) provides in relevant part that:

Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

(1) the last four digits of the social-security number and taxpayer-identification number;

…

(4) the last four digits of the financial-account number.

Inasmuch as ECF Docs. Nos. 1-1 through 1-5 contained more than the last four digits of the Plaintffs' social-security numbers and their employer(s)' taxpayer-identification number(s) and more than the last four digits of their financial-account numbers, therefore they were improperly filed in this matter, and so should be sealed.

Respectfully Submitted this  10th day of January, 2024

s/ Michael E. Piston
Michael E. Piston  (Admitted Pro Hac Vice).
Piston & Carpenter P.C.
Attorneys for the Plaintiffs
314 Town Center Dr.
Troy, MI 48084
646-876-3772