# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Srinvas Kompella, et al., | No. CV-23-02640-PHX-ASB |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, | |
| Defendant. | |

Pending before the Court is Plaintiffs' Motion to Seal Documents and Memorandum in Support (Doc. 10). Plaintiffs move the Court to seal the exhibits filed with the Complaint at Documents 1-1 through 1-5 because they contain sensitive information that should have been redacted. In essence, they state the exhibits were inadvertently filed in unredacted form. Good cause appearing under Rule 5.2 of the Federal Rules of Civil Procedure, the Court will grant the Motion.

**IT IS ORDERED** granting Plaintiffs' Motion to Seal Documents and Memorandum in Support (Doc. 10).

**IT IS FURTHER ORDERED** directing the Clerk to immediately place under seal Documents 1-1 through 1-6. Thus, Document 1 (the Complaint) will remain unsealed. The documents attached to Plaintiffs' Motion to Seal (Doc. 10) are accepted for filing as exhibits to the Complaint in this action.

Dated this 12th day of January, 2024.

Honorable Alison S. Bachus
United States Magistrate Judge