GARY M. RESTAINO
United States Attorney
District of Arizona

LISA M. HEMANN
Assistant United States Attorney
Arizona State Bar No. 024703
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, AZ  85004-4449
Telephone:  (602) 514-7500
Fax:  (602) 514-7693
Lisa.Hemann@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Srinvas Kompella, et al., | No. CV-23-02640-PHX-ASB |
| Plaintiffs, | |
| v. | **STIPULATION FOR DISMISSAL** |
| United States Citizenship and Immigration Services, | |
| Defendant. | |

The parties, through counsel and having reached a resolution of all claims in this matter, hereby stipulate that this case should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 29th day of July, 2024.

| | |
|---|---|
| PISTON & CARPENTER P.C. | GARY M. RESTAINO<br>United States Attorney<br>District of Arizona |
| *s/ Michael Piston (with permission)*<br>MICHAEL E. PISTON<br>*Attorney for Plaintiffs* | *s/ Lisa M. Hemann*<br>LISA M. HEMANN<br>*Assistant United States Attorney* |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Michael E Piston**
Piston & Carpenter PC
314 Town Center Dr.
Troy, MI  48084
248-680-0600
Fax: 206-770-6350
Email: Michaelpiston4@gmail.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
*Attorney for Plaintiffs*

*s/ Celescia A. Broughton*
United States Attorney's Office

2