# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Srinvas Kompella, et al.,<br>　　　　　　Plaintiffs,<br>v.<br>United States Citizenship and Immigration Services,<br>　　　　　　Defendant. | No. CV-23-02640-PHX-ASB<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Dismissal (Doc. 21). All parties have consented to magistrate judge jurisdiction in accordance with 28 U.S.C. § 636(c). (Doc. 20.) Good cause appearing for the parties' Stipulation,

**IT IS ORDERED granting** the parties' Stipulation for Dismissal (Doc. 21) and **dismissing** this action with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 30th day of July, 2024.

_____
Honorable Alison S. Bachus
United States Magistrate Judge